USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __04/03/2023__

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
CHRISTINA MALESPIN,                                          :
                                                             :
                              Plaintiff,                     :
                                                             :           **ORDER**
                  -against-                                  :
                                                             :           22-CV-4087 (PGG) (JLC)
COMMISSIONER OF SOCIAL SECURITY,                             :
                                                             :
                              Defendant.                     :
                                                             :
-------------------------------------------------------------X

**JAMES L. COTT, United States Magistrate Judge.**

In accordance with the provisions of 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73, a United States Magistrate Judge is available to conduct all proceedings in this case, including but not limited to any decisions on motions, any jury or nonjury trial, and/or the entry of a final judgment. An appeal from a judgment entered by a Magistrate Judge, if any, is taken directly to the United States Court of Appeals in the same manner as an appeal from any other judgment in this District.

Exercise of jurisdiction by a Magistrate Judge is permitted only if all parties voluntarily consent. Accordingly, the parties are directed to advise the Court whether they consent to the Magistrate Judge assigned to this case by filing a letter on the docket no later than **April 21, 2023 (i.e., when the plaintiff's reply papers are due)**. If any party has not consented, the parties shall merely report that there has not been consent by all parties.

In the event all parties have consented, counsel shall attach to their letter a signed copy of the attached consent form. This Order is not intended to interfere

with the parties' right to have a trial and/or any other dispositive proceedings before a United States District Judge. The parties are free to withhold their consent without adverse substantive consequences. If any party withholds consent, the identity of the parties consenting or withholding consent shall not be communicated to any Magistrate Judge or District Judge to whom the case has been assigned.

    **SO ORDERED.**

Dated: April 3, 2023
      New York, New York

_____
JAMES L. COTT
United States Magistrate Judge

AO 85 (Rev. 02/17) Notice, Consent, and Reference of a Civil Action to a Magistrate Judge

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| PLAINTIFF | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.  __-CV-___ (___) (JLC) |
| DEFENDANT | ) | |
| *Defendant* | ) | |

**NOTICE, CONSENT, AND REFERENCE OF A CIVIL ACTION TO A MAGISTRATE JUDGE**

*Notice of a magistrate judge's availability.* A United States magistrate judge of this court is available to conduct all proceedings in this civil action (including a jury or nonjury trial) and to order the entry of a final judgment. The judgment may then be appealed directly to the United States court of appeals like any other judgment of this court. A magistrate judge may exercise this authority only if all parties voluntarily consent.

You may consent to have your case referred to a magistrate judge, or you may withhold your consent without adverse substantive consequences. The name of any party withholding consent will not be revealed to any judge who may otherwise be involved with your case.

*Consent to a magistrate judge's authority.* The following parties consent to have a United States magistrate judge conduct all proceedings in this case including trial, the entry of final judgment, and all post-trial proceedings.

| *Printed names of parties and attorneys* | *Signatures of parties or attorneys* | *Dates* |
|---|---|---|
| PLAINTIFF/Attorney | | |
| DEFENDANT/Attorney | | |
| | | |

**Reference Order**

**IT IS ORDERED:** This case is referred to a United States magistrate judge to conduct all proceedings and order the entry of a final judgment in accordance with 28 U.S.C. § 636(c) and Fed. R. Civ. P. 73.

Date: _____

_____
*District Judge's signature*

_____
*Printed name and title*

Note: Return this form to the clerk of court only if you are consenting to the exercise of jurisdiction by a United States magistrate judge. Do not return this form to a judge.

Print      Save As...      Reset