**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------------X

CHRISTINA MALESPIN,

                      Plaintiff,                    22 **CIVIL** 4087 (JLC)

       -against-                    **JUDGMENT**

KILOLO KIJAKAZI
Acting Commissioner of Social Security,

                      Defendant.

-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons set forth in the Court's Opinion & Order dated July 25, 2023, Malespin's motion for judgment on the pleadings is denied and the Commissioner's cross-motion is granted. The motion at Docket Number 14 is "denied," and the motion at Docket Number 22 is "granted," and judgment is entered for the Commissioner.

**Dated:** New York, New York
          July 25, 2023

                                                    **RUBY J. KRAJICK**

                                                                Clerk of Court

                                   **BY:**

                                                                 **Deputy Clerk**